# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUG SOMBKE, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | |
| ) | C.A. No. 07-122-SLR |
| v. ) ) | |
| MONSANTO COMPANY, ) ) ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Doug Sombke, plaintiff, hereby dismisses this action without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(i).

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
*Attorney for Plaintiff*